# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130289 & (106)

STEEL ASSOCIATES, INC.,
      Plaintiff-Appellee
      and Cross-Appellant,

v

                                        SC: 130289
                                        COA: 254025

CITY OF DETROIT,
                                        Wayne CC: 02-223249-CC
      Defendant-Appellant
      and Cross-Appellee.

_____/

      On order of the Court, the application for leave to appeal the October 18, 2005 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2006

d0320

_____
Clerk